NANCY NEAL v. JOHN MACE.

*Practice—Affirmation of Judgment.*

Where no case is settled on appeal and no errors are assigned in the record, the judgment of the court will be affirmed.

CIVIL ACTION to declare the defendant a trustee of the plaintiff and demanding the execution of a deed, tried at Spring Term, 1883, of BURKE Superior Court, before *Gudger, J.*

The defendant appealed.

*Messrs. Sinclair & Sinclair,* for plaintiff.
No counsel for defendant.

MERRIMON, J. It does not appear in the record that any case has been settled upon appeal for this court, nor are errors assigned in the record. Upon examination, we find that the court has jurisdiction of the parties and the subject matter of the action. In such a case the judgment will be affirmed. *Swepson* v. *Clayton,* 74 N. C., 551; *Bryant* v. *Fisher,* 85 N. C., 669; *McDaniel* v. *Pollock,* 87 N. C., 503. Judgment affirmed. Let this be certified.

No error.                                          Affirmed.